# COMPLAINT
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2016 DEC 21 A 10: 37
JON W. SANFILIPPO
CLERK

## PARTIES

**Plaintiff**
Gary Lloyd Barnes
Pro Se

v.

Case Number 16-C-1692

**Defendant**
State Of Wisconsin

1. Plaintiff is a citizen of Wisconsin and resides at 2357 Sunny Lane Apt G, Suamico, Wisconsin 54313
2. State of Wisconsin, Attorney General Brad Schimmel, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin 53707-7857

## STATEMENT OF CLAIM
1. The State of Wisconsin Presidential Electors violated my voting rights.
    a. The Presidential Electors are Steve King, Mary Buestrin, Kim Travis, Kim Babler, Brian Westrate, Brad Courtney, Kathy Kiernan, Dan Feyen, Jim Miller, Bill Berglund.
2. On December 19, 2016, all Wisconsin's Presidential Electors cast their presidential and vice-presidential electoral votes for Donald Trump and Mike Pence.
3. The voting took place in Madison, Wisconsin.
4. United States Constitution, Article II, Section 1, United States Constitution Amendment XII, Amendment XIV and Amendment XXIV use the term "electors for President or Vice-President".
5. Wisconsin Statutes 8.18 and 8.25 use the term "nominee" instead of electors for President or Vice-President.

6. United States Constitution, Article II, Section 1 indicates a state can choose how to appoint electors for President or Vice-President.
7. Amendment XIV, Section 2 of the United States Constitution sets a punishment for the abridgement of a Unites States citizen's right to vote for the choice of electors for President or Vice-President.
   a. This amends Article 2, Section 1 of the United States Constitution.
   b. This establishes citizen control of the electors for President or Vice-President.
8. Amendment XXIV of the United States Constitution indicates the right of citizens of the United States to vote for President or Vice-President, for electors for President or Vice-President shall not be denied or abridged by the United States or any state.
   a. This also amends Article 2, Section 1 of the United States Constitution.
   b. This further establishes the citizen's control of the electors for President or Vice-President.
9. States do not have control of the votes of electors for President or Vice-President (nominees).
10. **Wisconsin Statute 8.18    Nomination of presidential electors.**
    a. **(1)** Candidates for the senate and assembly nominated by each political party at the primary, the state officers and the holdover state senators of each political party shall meet in the state capitol at 10 a.m. on the first Tuesday in October of each year in which there is a presidential election.
    b. **(2) The purpose** of the convention is to nominate one presidential elector from each congressional district and 2 electors from the state at large. The names of the nominees (electors for President or Vice-President) shall be certified immediately by the chairperson of the state committee of each party to the chairperson of the commission.
       i. Each political party nominates 10 electors (nominees) in Wisconsin.

11. **Wisconsin Statute 8.25 (1) Election of state and federal officers.**
    a. **(1)** PRESIDENTIAL ELECTORS.
    b. By general ballot at the general election for choosing the president and vice president of the United States there shall be elected as many electors of president and vice president as this state is entitled to elect senators and representatives in congress.
    c. **A vote for the president and vice president nominations of any party is a vote for the electors of the nominees** (electors for President or Vice-President).
       i. Citizen's of the United States use an indirect method of voting for President and Vice-President.
       ii. Citizen's votes are converted to electoral votes through the nominees (electors for President or Vice-President).
       iii. I have not found any state statute that provides for eliminating the electoral votes of one president's or vice president's nominees (electors for

President or Vice-President) and giving those electoral votes to a different candidate's nominees (electors). (Winner-take-all)

 iv. A nominee (elector for President or Vice-President) may breach his/her pledge to a party's candidate.

 v. States do not have control of nominee's (electors for President or Vice-President) votes.

 vi. States cannot exchange one candidate's pledged nominee (electors for President or Vice-President), for a nominee (elector for President or Vice-President) pledged to another candidate.

 vii. That violates the citizen's (my) voting rights.

 viii. That constitutes voter fraud

12. **United States Constitution, Amendment XII.**
    a. Electors for President (nominees) vote by ballot for President and Vice President.
    b. Electors for President (nominees) name in their ballots the person voted for as President.
    c. Electors for President (nominees) make different ballots with the name of the person voted for as Vice President.
    d. Electors for President (nominees) make different lists of "**all**" persons voted for as President, and "**all**" persons voted for as Vice President, and of the number of "electoral" votes for each.
        i. The requirement to make a list of those voted for and the number of electoral votes for each, through their nominees (electors for President or Vice-President), binds those electoral votes.
        ii. Every elector for President or Vice-President (nominee) receiving a citizen's vote should receive at least a portion of an electoral vote.
        iii. Amendment XII requires all electoral votes for all the Presidential and Vice-Presidential candidates be transmitted and directed to the President of the Senate for counting.
        iv. Amendment XII does not allow for the elimination of any citizen's vote for a candidate's electors (nominees).
        v. Amendment XII does not allow for combining electoral (nominee) votes meant for one candidate with the electoral votes of another candidate before transmitting them.
        vi. The election for President and Vice-President is not a state election.
        vii. The election for President and Vice-President is a national election.
        viii. The states merely conduct the election for President and Vice-President.

    ix.  **"All"** persons voted for as President, and **"all"** persons voted for as Vice President, and of the number of "electoral" (nominee) votes for each need to be transmitted to the national level to be counted.

13. Winner-take-all laws abridge citizen's (my) rights to vote by not allowing the nominees we voted for to represent their (my) vote for the candidate of our choice at the national level.
14. Citizens should not have to rely on the defection of another presidential or vice presidential candidate's nominee for a vote for the candidate of their choice.
15. Winner-take-all laws abridge the voting rights of citizens to have their electoral vote(s) count towards the Presidential candidate or Vice-Presidential candidate of their choice through electoral votes.
16. The United States Constitution is the supreme law of the land.
17. The United States Constitution supersedes all state laws.
18. Winner-take-all laws cannot supersede the constitutional rules stipulated in Constitutional Amendment XII for the casting of electoral votes.
19. State laws, not in-line with Amendment XII of the United States Constitution, are unconstitutional.
20. The President, Vice-President, Senators, Congressmen/women and Judges all take an oath to uphold the United States Constitution.

---

## JURISDICTION

I am suing for violation of citizen's (my) voting rights in Amendments XII, XIV and XXIV of the United States Constitution

I am suing for violation of citizen's (my) voting of rights in Section 8.25 of the Wisconsin Statutes.

---

## RELIEF WANTED

1. Wisconsin's and other states Winner-take-all electoral voting laws to be ruled unconstitutional.
2. Any state's law appointing electors for President or Vice-President instead of citizen's voting for them to be ruled unconstitutional.
3. An injunction to prevent the president of the Senate from counting any such unconstitutional electoral (nominee) votes from states with winner-take-all laws on the 6th of January, 2017. (If so ruled)
4. An injunction to prevent the president of the Senate from counting any such unconstitutional electoral (nominee) votes from states that appoint electors for President or Vice-President (nominee) on the 6th of January, 2017. (If so ruled)

---

### E. JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___20th___ day of _____December_____ 20 16 .

Respectfully Submitted,

*Gary L Barnes*

Signature of Plaintiff

(920) 737-1180

Plaintiff's Telephone Number

garybarnes@twc.com

Plaintiff's Email Address

2357 Sunny Lane Apt G

Suamico, Wisconsin 54313

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.